**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TECHNICAL METALS, INC. and HOFFMAN TOOL, INC.** | § § § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § | **CIVIL ACTION NO. 25-385** |
| **MANUFACTURING REVITALIZATION CORPORATION OF AMERICA L.P. I,** | § § § § § § | |
| **Defendant.** | § § | |

<u>**COMPLAINT**</u>

Plaintiffs Technical Metals, Inc. ("**TMI**") and Hoffman Tool, Inc. ("**Hoffman Tool**," and collectively with TMI, the "**Plaintiffs**"), by and through their undersigned counsel, FROST BROWN TODD LLP, make this complaint against Manufacturing Revitalization Corporation of America L.P. I ("**MRCA**") as follows:

<u>**PARTIES**</u>

1.      Plaintiff TMI is an Illinois corporation with its principal place of business at 1301 West Oak Street, Fairbury, IL 61739.

2.      Plaintiff Hoffman Tool is an Illinois corporation with its principal place of business at 1301 West Oak Street, Fairbury, IL 61739.

3. Defendant MRCA is a Delaware limited partnership with its principal place of business at 1284 Horizon Blvd., El Paso, TX 79927. On information and belief: (a) MRCA's general partner is Red White & Blue Enterprises LLC, a limited liability company organized in Texas with its principal place of business at 1284 Horizon Blvd., El Paso, TX 79927, with all of its members located in Texas; and (b) MRCA's limited partners are (i) Kevin Azevedo, who resides at 1005 Raven Bend Ct., Southlake, TX 76092, (ii) Jason Azevedo, who resides at 4790 FM 535, Cedar Creek, TX 78612, (iii) Steven Hermosillo, who resides at 9769 Little Canyon Ln., Escondido, CA 92026, and (iv) Christopher Karic, who resides at 1600 Crestview Dr., Los Altos, CA 94024.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, as all parties are citizens of different states and the amount in controversy exceeds $75,000. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008) ("The citizenship of a limited partnership is based upon the citizenship of each of its partners.") (Citations omitted).

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) as this Court sits in a judicial district in which MRCA resides.

## BACKGROUND

1. On February 20, 2025, Plaintiffs, as Sellers, entered into that certain Asset Purchase Agreement (the "**APA**") with Techmetals, LLC ("**Techmetals**"), an Illinois limited liability company, as Buyer, and MRCA, as Guarantor. Pursuant to the APA, Techmetals purchased the Purchased Assets (as defined in the APA) for a $17,000,000 Purchase Price, to be paid as follows:

i. $10,000,000 payable in cash at Closing (as defined in the APA).

ii.    $3,000,000 payable six (6) months after the Closing Date (as defined in the APA) (the "**Deferred Payment**").

iii.    $3,000,000 payable in the form of a promissory note (the "**Seller Note**," and collectively with the APA, the "**Underlying Document**") over a three (3) year period, commencing twelve (12) months after the Closing Date.

A true and correct copy of the APA is attached hereto as **Exhibit "A"** and a true and correct copy of the Seller Note is attached hereto as **Exhibit "B."**

2.    The Closing Date took place on February 20, 2025.  Accordingly, the Deferred Payment was payable on August 20, 2025.

3.    Also on February 20, 2025, Plaintiff TMI, as Lessor, entered into that certain Equipment Lease Agreement (the "**Equipment Lease**") with Techmetals, as Lessee.  Among other obligations, Techmetals is required to pay Rent to Plaintiff TMI in the amount of $62,725.61 per month/  A true and correct copy of the Equipment Lease is attached hereto as **Exhibit "C."**

4.    Also on February 20, 2025, MRCA, as Guarantor, executed that certain Guaranty and Suretyship Agreement (the "**Guaranty**"), in favor and for the benefit of Plaintiffs TMI and Hoffman Tool.  Pursuant to the Guaranty, MRCA absolutely, unconditionally and irrevocably guaranteed, as primary obligor and not merely as surety, the full and punctual payment and performance of all present and future obligations, liabilities, covenants and agreements required to be observed and performed or paid or reimbursed by Techmetals under or relating to the Underlying Agreement, plus all costs, expenses and fees (including the reasonable fees and expenses of Plaintiffs' counsel) in any way relating to the enforcement or protection of Plaintiffs' thereunder (the "**Obligations**").   A true and correct copy of the Guaranty is attached hereto as **Exhibit "D."**

5. Techmetals did not pay any portion of the Deferred Payment.

6. Further, Techmetals has not paid July or August 2025 Rent under the Equipment Lease, in the total amount of $125,501.22 (to date).

7. Accordingly, on August 21, 2025, after the deadline for the Deferred Payment, Plaintiffs TMI and Hoffman Tool sent a Notice of Default/Reservation of Rights letter to MRCA (the "**Notice of Default**"), formally notifying MCRA of Techmetals' defaults under the Underlying Agreement, including the failure to pay the Deferred Payment, and requesting a response within fourteen (14) days. A true and correct copy of the Notice of Default is attached hereto as **Exhibit "E."** MRCA has not responded to the Notice of Default. Therefore, Plaintiffs bring this lawsuit.

## CAUSE OF ACTION
### *Count 1*
### *Breach of Guaranty*

8. Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs as if fully stated herein.

9. MRCA entered into enforceable agreements with Plaintiffs when it executed the APA and the Guaranty.

10. Plaintiffs have fully performed their obligations under the APA.

11. Techmetals breached the APA by, among other things, failing to pay the Deferred Payment when it came due.

12. MRCA breached the APA and Guaranty by failing to pay all of the Obligations due under the Guaranty, including but not limited to the Deferred Payment.

13. As a result of MRCA's breach of the Underlying Document and Guaranty, Plaintiffs have been damaged in an amount to be proven at trial and in an amount not less than the Deferred Payment, the unpaid Rent, plus all further accrued interest and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court enter judgment in its favor and against Defendants and award it:

A.       Monetary damages pursuant to the Underlying Document and Guaranty, including, but not limited to, interest, fines, and penalties;

B.       Attorneys' fees and costs authorized under the Underlying Document and Guaranty;

C.       Pre- and post-judgment interest; and

D.       Any other relief as the Court deems just and proper.

DATED:  September 12, 2025                    Respectfully submitted,

**FROST BROWN & TODD LLP**


*/s/ Mark A. Platt*
Mark A. Platt
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone:  (214) 545-3472
Facsimile:   (214) 545-3473
mplatt@fbtlaw.com

Counsel for Plaintiffs Technical Metals, Inc.
and Hoffman Tool, Inc.


0157822.0808188   4897-7932-9126v2