# EXHIBIT E



**Jason Ott**
Partner
412.513.4288 (t)
412.513.4299 (f)
jott@fbtlaw.com

August 21, 2025

VIA EMAIL AND CERTIFIED MAIL (c.karic@mcra.net; chris@furukawacastles.com)

Manufacturing Revitalization Corporation of America, L.P. I
1284 Horizon Boulevard
El Paso, TX 79927

Red White Blue Enterprises, LLC
c/o Manufacturing Revitalization Corporation of America, L.P. I
1284 Horizon Boulevard
El Paso, TX 79927

      Re:      Default/Reservation of Rights – Guaranty and Suretyship Agreement
               dated February 20, 2025

Dear Mr. Karic:

This letter serves as formal notice to you that Manufacturing Revitalization Corporate of America, L.P. I ("MRCA"), by and through its Manager, Red White Blue Enterprises, LLC ("RWBE") (collectively with MRCA, "Guarantor"), is in default under that certain Guaranty and Suretyship Agreement dated February 20, 2025 (the "Guaranty") made by Guarantor in favor and for the benefit of Technical Metals, Inc. ("TMI") and Hoffman Tool, Inc. ("Hoffman") (collectively with TMI, "Beneficiary") as a result of Guarantor's failure to meet the Obligations (as defined in the Guaranty). For clarity, to date the Obligations breached include the following: (i) failure by TechMetals, LLC ("TechMetals") to remit the payment in the amount of THREE MILLION AND 00/100 U.S. DOLLARS ($3,000,000.00) pursuant to Section 2(b)(ii) of that certain Asset Purchase Agreement dated February 20, 2025 by and between TechMetals, Guarantor, and Beneficiary (the "APA"); (ii) failure by TechMetals to comply with various obligations under that certain Equipment Lease dated February 20, 2025 by and between TechMetals and Beneficiary (the "Equipment Lease"); and (iii) failure by TechMetals to comply with various obligations under that certain Lease Agreement dated February 20, 2025 by and between TechMetals and Gerald Hoffman and Gerlad L. Hoffman Living Trust Dated March 16, 2010 (the "Real Estate Lease"), among others (collectively, the "Specified Default"). Given these various breaches and the necessity for Beneficiary to engage counsel to raise the Specified Default, in addition to further actions that will be necessary in connection with the same, please also be advised that Guarantor is responsible to reimburse Beneficiary for all fees and expenses incurred to date and to be incurred moving forward relating to the same, per the express provisions

Manufacturing Revitalization Corporation of America, L.P. I
August 21, 2025
Page 2

of the Guaranty, the APA, the Equipment Lease, the Real Estate Lease, and related documents (collectively at times, the "Deal Documents").

Further, pursuant to the Deal Documents and the Specified Default that remains ongoing, Beneficiary hereby formally demands that Guarantor immediately provide it with copies of all financial statements, including but not limited to all balance sheets, income statements, cash flow statements, and statements of shareholders' equity, through and including the period current as of the above date, with regard to Guarantor, TechMetals, and all other parents, subsidiaries, joint adventurers, sponsors, affiliates, or related entities. We request all such materials in whatever format might be most readily available to be delivered to the above address immediately.

No delay or inaction by the Beneficiary in the exercise of its rights and remedies, and no continuing performance by the Beneficiary or Guarantor under the Guaranty shall: (a) be deemed to constitute (i) a modification or an alteration of the terms, conditions or covenants of the Guaranty, which remains in full force and effect; (ii) a waiver, release or limitation upon the Beneficiary's exercise of any rights or remedies thereunder, all of which are hereby expressly reserved; or (iii) a course of dealing; or (b) relieve or release Guarantor in any way from its duties, obligations, covenants and agreements under the Guaranty or from the consequences of the Specified Default or from any other default in the performance of the Obligations. The Beneficiary is not obligated to waive the Specified Default or any other default or failure to perform the Obligations, notwithstanding whether the same may now be existing or which may occur after the date of this letter.

All rights of the Beneficiary are hereby reserved. The Beneficiary may, in its sole discretion, agree to amend the Guaranty, and any such amendment shall not constitute a waiver of any default or failure to perform the Obligations or a limitation or impairment of any of the Beneficiary's rights and remedies. The Beneficiary may, in its sole discretion, commence or continue to exercise its remedies notwithstanding any pending discussions with Guarantor regarding resolution of the Specified Default or any other default or failure to perform the Obligations.

Nothing contained herein will be construed as a waiver of the Specified Default or any other default or failure to perform the Obligations under the Guaranty, or will affect or impair any right, power or remedy of the Beneficiary under or with respect to the Guaranty. The Beneficiary shall not be obligated to provide any other notice to TechMetals or any other person of this type or any other type for purposes of pursuing its rights and remedies under the Guaranty.

Please provide a written response to this correspondence within 14 days of the above date. We are hopeful to connect with you in detail on this soon to avoid the necessity of taking formal action for our client to pursue its rights. Thank you.

Manufacturing Revitalization Corporation of America, L.P. I
August 21, 2025
Page 3


                                        Sincerely,

                                        Jason Ott

cc:     Edward J. Grattan, II, Esq.
        Jillian Nolan Snider, Esq.
        Gerald L. Hoffman (jhoffman2848@gmail.com)



0157822.0808188   4921-3948-7329v1



-00385-DB Document 1-5 Filed 09/12/25

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Manufacturing Revitalization
Corporation of America, L.P. I
1284 Horizon Boulevard
El Paso, TX 79927

9590 9402 6247 0265 3919 80

2. Article Number (Transfer from service label)

7020 1810 0001 7551 7876

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Darela*

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Perry Varela   8/25/8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



**USPS TRACKING #**

EL PASO TX 798

26 AUG 2018 AM 2 L

9590 9402 6247 0265 3919 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Jason Ott
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219

Filed 09/12/25    Document 1-5    -00385-DB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Red White Blue Enterprises, LLC
c/o Manufacturing Revitalization
Corporation of America, L.P. I
1284 Horizon Boulevard
El Paso, TX 79927

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6247 0265 3919 97

2. Article Number *(Transfer from service label)*

7020 1810 0001 7551 7883

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Varela_    ☐ Agent    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Ferny Varela   8/25/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING # TX 798

26 AUG 2025 AM 2 L

9590 9402 6247 0265 3919 97

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jason Ott

Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219