# EXHIBIT 3



**Jason Ott**
Partner
412.513.4288 (t)
412.513.4299 (f)
jott@fbtlaw.com

August 21, 2025


VIA EMAIL AND CERTIFIED MAIL (c.karic@mcra.net; chris@furukawacastles.com)

TechMetals, LLC
Attn: Jason Azevedo
1301 W. Oak Street
Fairbury, IL  61739

TechMetals, LLC c/o Manufacturing Revitalization Corporation of America
Attn: Jason Azevedo
1284 Horizon Boulevard
El Paso, TX 79927

> Re:    Notice of Claim/Dispute under Section 15(h) of the Asset Purchase Agreement dated February 20, 2025 – TechMetals LLC

Dear Mr. Karic:

As you are aware, your client, TechMetals, LLC ("TechMetals"), entered into that certain Asset Purchase Agreement dated as of February 20, 2025 (the "APA") with our clients, Technical Metals, Inc. and Hoffman Tool, Inc. (collectively, "TMI"), earlier this year.  Pursuant to Section 2(b)(ii) of the APA, TechMetals was obligated to remit a payment in the amount of THREE MILLION AND 00/100 U.S. DOLLARS ($3,000,000.00) (the "Deferred Payment") to TMI on or before this past Wednesday, August 20, 2025.  However, TechMetals failed to remit the Deferred Payment as required, resulting in a material breach (the "Default").

Through this correspondence, TMI hereby: (i) asserts a dispute/claim under Section 15(h) of the APA based on the Default; and (ii) provides notice that it will be instituting a mediation proceeding with JAMS Endispute, as outlined in the APA.

No delay or inaction by TMI in the exercise of its rights and remedies, and no continuing performance by TMI or TechMetals under the APA shall: (a) be deemed to constitute (i) a modification or an alteration of the terms, conditions or covenants of the APA, which remains in full force and effect; (ii) a waiver, release or limitation upon TMI's exercise of any rights or remedies thereunder, all of which are hereby expressly reserved; or (iii) a course of dealing; or (b) relieve or release TechMetals in any way from its duties, obligations, covenants and agreements under the APA or from the consequences of the Specified Default or from any other default.  TMI is not obligated

TechMetals, LLC
August 21, 2025
Page 2

to waive the Specified Default or any other default, notwithstanding whether the same may now exist or may occur in the future.

All rights of TMI are hereby reserved. TMI may, in its sole discretion, agree to amend the APA, and any such amendment shall not constitute a waiver of any default or a limitation or impairment of any of TMI's rights and remedies. TMI may, in its sole discretion, commence or continue to exercise its remedies notwithstanding any pending discussions with TechMetals regarding resolution of the Specified Default or any other default.

Nothing contained herein will be construed as a waiver of the Specified Default or any other default, or will affect or impair any right, power, or remedy of TMI under or with respect to the APA. TMI shall not be obligated to provide any other notice to TechMetals or any other person of this type or any other type for purposes of pursuing its rights and remedies under the APA.

We welcome your response to this correspondence so that we might have the opportunity to discuss and explore a potential path forward. However, it is TMI's intention to proceed as prescribed by the APA and as indicated above at this time. Thank you.

Sincerely,

Jason Ott

cc:     Edward J. Grattan, II, Esq.
        Jillian Nolan Snider, Esq.
        Gerald L. Hoffman (jhoffman2848@gmail.com)

0157822.0808188  4910-8252-2721v1