# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TECHNICAL METALS, INC. and** | § | |
| **HOFFMAN TOOL, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-CV-00385-DB** |
| | § | |
| **MANUFACTURING** | § | |
| **REVITALIZATION CORPORATION** | § | |
| **OF AMERICA L.P. I,** | § | |
| | § | |
| **Defendant.** | § | |

---

## AFFIDAVIT OF GERALD HOFFMAN

---

Before me, the undersigned notary, on this day personally appeared Gerald Hoffman, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1.    "My name is Gerald Hoffman. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am the President of Plaintiffs Technical Metals, Inc. and Hoffman Tool, Inc.

3.    On February 20, 2025, Plaintiffs entered into an Asset Purchase Agreement ("APA") with TechMetals, LLC to purchase Plaintiffs' assets for a total price of $17,000,000.00 payable as $10,000,000 in cash at closing, $3,000,000 six months after closing (the "Deferred Payment"), and $3,000,000 under a promissory note over three years.

4.    On February 20, 2025, Plaintiffs and Defendant Manufacturing Revitalization Corporation of America L.P. I ("MRCA") executed a Guaranty and Suretyship Agreement (the

"Agreement"). Attached as Exhibit "4-A" is a true and correct copy of the Agreement. I am the President of the Beneficiary of the Agreement and am a signatory of the APA. Thus, I have personal knowledge of the Agreement's terms.

5.     Pursuant to the terms of the Agreement, MRCA agreed to guarantee TechMetals, LLC's obligations owed to Plaintiffs under the APA, Equipment Lease Agreement, promissory note, and accompanying agreements between Plaintiffs and TechMetals.

6.     Plaintiffs fully performed under the APA.

7.     When it became due, TechMetals failed to pay Plaintiffs the Deferred Payment under the APA and defaulted under the Equipment Lease by failing to pay rent for July and August 2025.

8.     On August 21, 2025, Plaintiffs sent MRCA a Notice of Default, advising it of TechMetals' failure to pay the Deferred Payment and other obligations and demanding a response within fourteen (14) days.

9.     MRCA did not respond and has not cured the default.

10.    Plaintiffs seek damages in the amount of $3,000,000.00 for the Deferred Payment. As a result of MRCA's default under the Agreement, Plaintiffs have also incurred legal fees payable to the law firm Frost Brown Todd LLP as described in the attorney's affidavit.

11.    Plaintiffs filed suit against MRCA on September 12, 2025. To date, MRCA has not filed an answer or any pleading constituting an answer.

12.    Affiant states nothing further."

_____
**GERALD HOFFMAN**

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, to certify which witness my hand and official seal on December 22ⁿᵈ, 2025.

Notary Public in and for the State of ~~Texas~~ Illinois

My Commission expires: 10|15|2028

0157822.0811257   4922-0609-3694v1

"OFFICIAL SEAL"
TROY J HARMS
Notary Public, State of Illinois
Commission No. 998438
My Commission Expires 10-15-2028