# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TECHNICAL METALS, INC. and** | § | |
| **HOFFMAN TOOL, INC.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-CV-00385-DB** |
| | § | |
| **MANUFACTURING** | § | |
| **REVITALIZATION CORPORATION** | § | |
| **OF AMERICA L.P. I,** | § | |
| | § | |
| **Defendant.** | § | |

---

**AFFIDAVIT OF MARK A. PLATT**

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, personally appeared Mark A. Platt, who, being by me duly sworn, deposed and stated upon his oath as follows:

"My name is Mark A. Platt. I am of sound mind, over the age of 18 years, capable of making this affidavit and am fully competent to testify herein. All testimony provided by me in this affidavit is true and all the facts asserted herein are within my personal knowledge.

I am an attorney with Frost Brown Todd LLP, located at 2101 Cedar Springs Road, Suite 900, Dallas, Texas 75201. I am duly licensed to practice law in the State of Texas and in the federal courts and have practiced law since 1994. I am familiar with the prevailing billing rates for attorneys and paralegals in commercial litigation in and around West Texas, including El Paso County, Texas.

I represent Plaintiffs Technical Metals, Inc. and Hoffman Tool, Inc. in the above-captioned matter. It was necessary for Plaintiffs to retain my law firm, including the services of partners, associates, a paralegal, and a legal practice assistant, to prosecute this action effectively.

I am familiar with the work performed by the timekeepers in this matter. The services performed were reasonable and necessary to prosecute Plaintiffs' claims for breach of guaranty, obtain a default judgment, and ensure proper documentation. The work performed included but was not limited to: reviewing the Guaranty and Suretyship Agreement and related contracts and documents; reviewing the facts and evidence supporting Plaintiffs' claims; drafting the Complaint; coordinating service of process; preparing Plaintiffs' Motion for Default Judgment and proposed Judgment; preparing this Affidavit; and coordinating all related tasks necessary to prosecute this action efficiently and effectively.

The total time expended by each timekeeper on this matter is as follows:

    a.    Jason Ott, Partner: 60.6 hours

    b.    Mark A. Platt, Partner: 31.8 hours

    c.    Kaitlyn Q. Carrara, Associate: 26.6 hours

    d.    Edward J. Grattan, Managing Associate: 3.3 hours

    e.    Gwendolyn C. Sutton, Senior Paralegal: 2.9 hours

    f.    Joseph Myron, Administration: 0.4 hours

    g.    Jillian Nolan Snider, Partner: 0.3 hours

In my opinion, and with reasonable certainty, the time spent by each timekeeper was necessary and reasonable to prosecute this matter and obtain a default judgment.

The customary and reasonable hourly rates for the timekeepers are as follows:

    a.  Jason Ott, Partner: $510.00–$595.00 per hour

2

b.  Mark A. Platt, Partner: $750.00 per hour

c.  Kaitlyn Q. Carrara, Associate: $415.00 per hour

d.  Edward J. Grattan, Managing Associate: $510.00 per hour

e.  Gwendolyn C. Sutton, Senior Paralegal: $325.00 per hour

f.  Joseph Myron, Administration: $150.00 per hour

g.  Jillian Nolan Snider, Partner: $615.00 per hour

Based on the foregoing hours and rates, the total reasonable and necessary attorneys' fees incurred in this matter to date are $69,513.00, exclusive of costs. Costs incurred include filing fees, service fees, and investigative reports, which are separately documented.

In my opinion, these fees are reasonable in light of the nature of this matter, the amount in controversy, the skill and experience of the attorneys involved, and the results obtained.

Affiant states nothing further.

_____
Mark A. Platt

SWORN TO and SUBSCRIBED before me, the undersigned authority, on this 22nd day of December 2025.

_____
Notary Public in and for
the State of Texas

DEBRA LYNN WILLIAMS
Notary ID #3821145
My Commission Expires
June 25, 2026

0157822.0811257  4909-0731-7377v1

3