**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **TECHNICAL METALS, INC. and**<br>**HOFFMAN TOOL, INC.** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § | **CIVIL ACTION NO. 3:25-CV-00385-DB** |
| **MANUFACTURING**<br>**REVITALIZATION CORPORATION**<br>**OF AMERICA L.P. I,** | § § § § § | |
| **Defendant.** | § § | |

---

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

---

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Manufacturing Revitalization Corporation of America L.P. I ("MRCA"). Having considered the Motion, the pleadings, and the applicable law, the Court finds that the Motion should be **GRANTED**.

The Court finds that:

1. Defendant waived service of process and failed to appear, answer, or otherwise respond within the time required by the Federal Rules of Civil Procedure.

2. Plaintiffs' well-pleaded allegations establish liability for breach of the Guaranty and related agreements.

3. Plaintiffs have provided competent evidence of damages.

**IT IS THEREFORE ORDERED** that judgment is entered in favor of Plaintiffs and against Defendant MRCA in the amount of $3,069,513.00, consisting of $3,000,000.00 due under

12

the Guaranty Agreement and $69,513.00 in attorneys' fees and costs plus pre- and post-judgment

interest at the rate allowed by law.

SIGNED this ___ day of _____, 2025.

_____
JUDGE DAVID BRIONES
UNITED STATES DISTRICT JUDGE