**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **TECHNICAL METALS, INC. and HOFFMAN TOOL, INC.** | § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:25-CV-00385-DB** |
| **MANUFACTURING REVITALIZATION CORPORATION OF AMERICA L.P. I,** | § § § § § | |
| **Defendant.** | § | |

---

**FINAL JUDGMENT**

---

On this day, the Court considered Plaintiffs' Motion for Default Judgment against Defendant Manufacturing Revitalization Corporation of America L.P. I ("MRCA"). The Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiffs Technical Metals, Inc. and Hoffman Tool, Inc. shall recover from Defendant Manufacturing Revitalization Corporation of America L.P. I the sum of $3,000,000.00, representing the unpaid Deferred Payment, plus:

   o Pre-judgment interest at the rate allowed by law from August 20, 2025, until the date of this judgment;

   o Post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of this judgment until paid;

14

- o   Reasonable attorneys' fees and costs, as supported by Plaintiffs' affidavits and authorized under the Guaranty and Texas law in the amount of $69,513.00.

2.  All relief not expressly granted herein is **DENIED**.

This is a **FINAL JUDGMENT** disposing of all claims and all parties.

SIGNED this ___ day of _____, 2025.

_____

JUDGE DAVID BRIONES
UNITED STATES DISTRICT JUDGE

0157822.0811257   4911-1976-3070v1

15