IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

TECHNICAL METALS, INC. and        §
HOFFMAN TOOL, INC.,               §
                                  §
        Plaintiffs,               §
                                  §
                                  §
v.                                §    Civil Action No. 3:25-CV-00385-DB
                                  §
MANUFACTURING REVITALIZATION      §
CORPORATION OF AMERICA L.P. I,    §
                                  §
        Defendant.                §

## ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT

On this day, the Court considered Defendant Manufacturing Revitalization Corporation of America L.P. I's "Motion to Set Aside Clerk's Entry of Default," ECF No. 11. After due consideration, the Court finds that good cause exists to grant the requested relief.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk's Entry of Default entered on December 1, 2025, ECF No. 9, is **SET ASIDE**.

**SIGNED** this **6th day of January 2026.**

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**