IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

TECHNICAL METALS, INC. and §
HOFFMAN TOOL, INC., §
§
      Plaintiffs, §
§
v. §    Civil Action No. 3:25-CV-00385-DB
§
MANUFACTURING REVITALIZATION §
CORPORATION OF AMERICA L.P. I, §
§
      Defendant. §

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

On this day, the Court considered Defendant Manufacturing Revitalization Corporation of America L.P. I.'s Motion to Compel Arbitration and Stay Proceeding.

After considering the motion, the record, and the applicable law, the Court finds that the motion should be GRANTED.

IT IS ORDERED that Defendant Manufacturing Revitalization Corporation of America L.P. I.'s Motion to Compel Arbitration and Stay Proceedings is GRANTED.

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE